In the Matter of the Arbitration between ASSOCIATED METALS & MINERALS CORPORATION, Respondent, and FAHRUNISSA OGELMAN et al., Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

In the Matter of BRESWICK & Co., Respondent, against DOESKIN PRODUCTS, INC., et al., Appellants.— Order unanimously reversed and the cross motion of appellants to dismiss the proceeding pursuant to section 1293 of the Civil Practice Act denied, with leave to the appellants to answer within ten days after service of a copy of this order, with notice of entry thereof. The court at Special Term granted the requested relief without passing upon appellants' cross motion. We conclude that such cross motion should have been denied, but it was unwarranted to grant the inspection and examination without giving appellants an opportunity to answer the petition (*Matter of Brentmore Estates* v. *Hotel Barbizon,* 263 App. Div. 389). Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of the Arbitration between JOSEPH FITZGERALD, as President of Local 450, International Union of Electrical, Radio & Machine Workers, C.I.O., Respondent, and SPERRY GYROSCOPE COMPANY, a Division of SPERRY CORPORATION, Appellant.— There are issues of fact which must be determined by the chosen medium of arbitration. It is noted that the denial of clearance was tentative and not final. It may be that questions of law and public policy will survive the arbitration, and as to which the arbitrator's award may not be conclusive. Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

JEROME KRAMER et al., Copartners Doing Business as SEARS & Co., et al., Respondents, v. METROPOLITAN COMMERCIAL CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of the Accounting of GEORGE W. FISCHER, as Executor of VIRGINIUS B. HIRST, Deceased, Respondent. HARRIET E. HIRST, Appellant; LEONARD FARBSTEIN, as Substituted Special Guardian for JANE HIRST and Others, Infants, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 843.]